IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAZZARAE Y. SALIS-RUFAL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-21-CV-762-C |
| | ) | |
| COMMUNICATION FEDERAL CREDIT UNION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

On January 19, 2022, the Court issued an Order directing plaintiff to show cause on or before February 3, 2022, why service has not been timely perfected upon the defendant. The Court's Order advised plaintiff that in the absence of a showing, plaintiff's complaint would be dismissed without prejudice. Plaintiff has failed to file a response to the Court's Order.

Accordingly, pursuant to Fed. R. Civ. P. 4(m), plaintiff's complaint is hereby dismissed without prejudice.

**IT IS SO ORDERED** this 28th day of February 2022.

ROBIN J. CAUTHRON
United States District Judge